UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE DEL ROSARIO GARCIA MIRAMONTES,<br>             Plaintiff,<br><br>-v-<br><br>CLEN GREEN LLC AND HEIDE VIDINLIC,<br>             Defendants. | No. 1:23-cv-787<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims and awarded Plaintiff $24,261. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 1, 2023                                            /s/ Paul L. Maloney
                                                                                                                  Paul L. Maloney
                                                                                                                  United States District Judge