UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARIA GUADALUPE DEL
ROSARIO GARCIA MIRAMONTES,                    Case No.: 1:23-cv-787

       An individual,                                                       Hon. Ray Kent
V                                                                                    United States Magistrate Judge

CLEN GREEN, LLC, a Domestic
Limited Liability Company,
HEIDE VIDINLIC, an individual,
Jointly and Severally

       Defendants.
_____/

Robert Anthony Alvarez P66954
Avanti Law Group, PLLC
Attorneys for Plaintiff
600 28th Street, S.W.
Wyoming, MI  49509
(616) 257-6807
E: ralvarez@avantilaw.com

Michael S. Dantuma P45174
**HOLMES & WISELEY, P.C.**
Attorneys for Defendants
2090 Celebration Dr., Suite 20
Grand Rapids, MI  49525
(616) 447-9610
E: mdantuma@holmeswiseley.com

## **PROTECTIVE ORDER**

Pending before the Court is a stipulation between the parties to the entry of a protective order.  Plaintiff has made certain discovery requests which call for the production of documents and/or provision of confidential and personal information regarding various tax filings of the parties and third persons.  The Defendants agree to

the production of the requested information not otherwise objected to by Defendants in their responses to Plaintiff's discovery requests.  Upon due consideration of the stipulation by the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that, except on further Order of this Court, the tax reporting documents produced to Plaintiff in response to Plaintiff's requests for discovery shall not be given or shown to any other persons, other agencies, spouses, family and/or friends, except (1) experts or consultants retained by Plaintiff's counsel in this action, and (2) Plaintiff's counsel, parties to the lawsuit, clerical personnel, paralegals or other persons employed by Plaintiff's counsel in the ordinary course of assisting counsel in this matter.  Disclosure to any individual other than those described above shall require prior written concurrence of Defendants or further Court Order.

**IT IS FURTHER ORDERED** that persons having or obtaining knowledge and/or information of the contents of these documents by virtue of inspection and/or their participation in the conduct of this litigation shall use such knowledge and/or information for purposes of this lawsuit only and shall not disclose the information contained in the confidential documents or any portion or summary thereof to any person or persons not involved in the conduct of this litigation.

**IT IS FURTHER ORDERED** that all persons to whom the documents are intended to be disclosed, and who are employed by Plaintiff's counsel, must first be advised as of the substance of this Protective Order and must be provided a copy of this Order.

**IT IS FURTHER ORDERED** that upon completion of the trial and any appeals of this action, or upon the conclusion of any settlement, or other dismissal, Plaintiff's

counsel shall return to Defendant's counsel any copies of the documents referenced above, except those that are part of any trial or appellate court record.

Dated:  July 22, 2025                                    /s/ Ray Kent
                                                                  RAY KENT
                                                                  United States Magistrate Judge